**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NATIONAL ALLIANCE FOR
ACCESSABILITY, INC., a Florida Not-For-
Profit Corporation, and DENISE PAYNE,

                Plaintiffs,

-vs-                                              Case No. 3:10-cv-778-J-34JBT

HULL STOREY RETAIL GROUP, LLC,
a Foreign Limited Liability Company,

                Defendant.
_____

## **ORDER**

**THIS CAUSE** is before the Court on Magistrate Judge Joel B. Toomey's Report and Recommendation (Dkt. No. 45; Report), entered on June 28, 2012. In the Report, Magistrate Judge Toomey recommends that Plaintiff's Verified Application for Attorney's Fees, Costs, Expert Witness Fees and Litigation Expenses and Memorandum of Law (Dkt. No. 36; Motion) be granted, in part, and denied, in part, and that the Clerk of the Court be directed to enter judgment. See Report at 17. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions

de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 45) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Verified Application for Attorney's Fees, Costs, Expert Witness Fees and Litigation Expenses and Memorandum of Law (Dkt. No. 36) is **GRANTED, in part, and DENIED, in part**.

3. The Motion is **GRANTED** to the extent that Plaintiffs are awarded attorneys' fees in the total amount of $7,759.00, and costs and litigation expenses in the amount of $4,181.25.

4. Otherwise, the Motion is **DENIED**.

5. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiffs National Alliance for Accessability, Inc. and Denise Payne, and against Defendant Hull Storey Retail Group, LLC, for attorneys' fees in the amount of $7,759.00, and costs and litigation expenses in the amount of $4,181.25.

      6.      The Clerk of the Court is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 31st day of August, 2012.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record